UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALFRED PRINCE, 11132-064, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-348-G |
| NURSE BONNER (Unit 2-2) et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff Alfred Prince, a federal prisoner appearing pro se, brings this federal civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). *See* Compl. (Doc. No. 1) at 2. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On March 28, 2025, Judge Maxfield issued a Report and Recommendation recommending that this case be transferred to the Southern Division of the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406(a). *See* R. & R. (Doc. No. 7) at 1, 4. In the Report and Recommendation, Judge Maxfield advised Plaintiff of his right to object by April 18, 2025. *See id.* at 4. Judge Maxfield further advised that failure to timely object would constitute a waiver of the right to appellate

review of the factual findings and legal conclusions contained in the Report and Recommendation.  *See id.*[1]

As of this date, the record in the case reflects that no party has filed an objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Therefore, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety.

The Court finds that transfer is in the interest of justice.  The Clerk of Court is DIRECTED to transfer this case to the Southern Division of the United States District Court for the Western District of Missouri.

IT IS SO ORDERED this 30th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The Report and Recommendation was mailed to Plaintiff at the address provided to the Court Clerk's Office.